# EXHIBIT A



Contact Us    My Account

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

◀◀ BACK

**CLAUDEL FILS-AIME VS ADRIANA COLMAN ET AL**

| | | | |
|---|---|---|---|
| Local Case Number: | 2022-000041-CA-01 | Filing Date: | 01/03/2022 |
| State Case Number: | 132022CA000041000001 | Judicial Section: | CA08 |
| Consolidated Case No.: | N/A | Case Type: | Auto Negligence |
| Case Status: | OPEN | | |

## 👥 Parties    Total Of Parties: 4  —

| Party Description | Party Name | Attorney Information | Other Attorney(S) |
|---|---|---|---|
| Plaintiff | FILS-AIME, CLAUDEL | B#:  (Bar Number)1002843<br>N:  (Attorney Name)Stallone, Joseph F., ESQ | |
| Defendant | COLMAN, ADRIANA | | |
| Defendant | PORCELLI, ALEJANDRO | | |
| Defendant | LYFT, INC. | | |

## 🔨 Hearing Details    Total Of Hearings: 0  —

| Hearing Date | Hearing Time | Hearing Code | Description | Hearing Location |
|---|---|---|---|---|

## 📡 Dockets    Total Of Dockets: 19  —

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 16 | 01/06/2022 | | Receipt: | Event | RECEIPT#:2950082 AMT PAID:$30.00 NAME:STALLONE, JOSEPH F., ESQ P.O. BOX 272789 BOCA RATON FL 33427 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:EFILINGS TENDER AMT:$30.00 RECEIPT DATE:01/06/2022 REGISTER#:295 CASHIER:EFILINGUSER |
| | 01/05/2022 | | 20 Day Summons Issued | Service | |
| 📄 15 | 01/05/2022 | | ESummons 20 Day Issued | Event | RE: INDEX # 12.<br>Parties: PORCELLI ALEJANDRO |
| | 01/05/2022 | | 20 Day Summons Issued | Service | |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 14 | 01/05/2022 | | ESummons 20 Day Issued | Event | **RE: INDEX # 11.** Parties: COLMAN ADRIANA |
| | 01/05/2022 | | 20 Day Summons Issued | Service | |
| 13 | 01/05/2022 | | ESummons 20 Day Issued | Event | **RE: INDEX # 10.** Parties: LYFT INC. |
| 12 | 01/05/2022 | | (M) 20 Day (P) Summons (Sub) Received | Event | |
| 11 | 01/05/2022 | | (M) 20 Day (P) Summons (Sub) Received | Event | |
| 10 | 01/05/2022 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| 9 | 01/04/2022 | | Receipt: | Event | RECEIPT#:2920207 AMT PAID:$401.00 NAME:STALLONE, JOSEPH F., ESQ P.O. BOX 272789 BOCA RATON FL 33427 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:EFILINGS TENDER AMT:$401.00 RECEIPT DATE:01/04/2022 REGISTER#:292 CASHIER:EFILINGUSER |
| 8 | 01/03/2022 | | Notice of Interrogatory | Event | |
| 7 | 01/03/2022 | | Notice of Interrogatory | Event | |
| 6 | 01/03/2022 | | Notice of Interrogatory | Event | |
| 5 | 01/03/2022 | | Request for Production | Event | |
| 4 | 01/03/2022 | | Request for Production | Event | |
| 3 | 01/03/2022 | | Request for Production | Event | |
| 2 | 01/03/2022 | | Complaint | Event | |
| 1 | 01/03/2022 | | Civil Cover Sheet - Claim Amount | Event | |

◀◀ BACK

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services. You can review the complete Miami-Dade County Disclaimer

## General

Online Case Home

Civil / Family Courts Information

Login

## Help and Support

Clerk's Home

Privacy Statement

ADA Notice

Disclaimer

Contact Us

About Us



### HARVEY RUVIN

Miami-Dade County
Clerk of the Courts

73 W. Flagler Street
Miami, Florida 33130

305-275-1155

©2022 Clerk of the Courts. All rights reserved.

